665 A.2d 1160

**Kathleen M. BYRNES, Appellee,**

v.

**Harry D. CALDWELL, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 21, 1995.

Decided Oct. 10, 1995.

Francis Recchuiti, Morristown, for H. Caldwell.

Peter E. Moore, Morristown, for K. Byrnes.

Albert J. Momjian, Philadelphia, PA, Amicus.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The Order of the Superior Court is reversed. See *Curtis v. Kline*, No. 6 Eastern District Appeal Docket 1994, —— Pa. ——, 666 A.2d 265 (1995).

MONTEMURO *, J., joined by CAPPY, J., dissents based on his Dissenting Opinion in *Curtis v. Kline*, noting in addition "we are cognizant of the issue of retroactivity, but because the majority has declared the Act unconstitutional, this issue is moot."

* MONTEMURO, J., is sitting by designation.